**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| NOOK DIGITAL, LLC,<br><br>           *Plaintiff*,<br><br>     v.<br><br>NUU LIMITED and NOETIC, INC.,<br><br>           *Defendants*. | Case No. 19-cv-23234-KMW/EGT |

## **JOINT MOTION TO EXTEND STAY TO FINALIZE SETTLEMENT AGREEMENT**

Plaintiff Nook Digital, Inc. and Defendants Nuu Limited and Noetic, Inc. ("Defendants") respectfully and jointly move to extend the stay of the case in order to finalize the parties' settlement agreement over the next couple of weeks. In support of this motion, the parties state:

1. Pursuant to the Court's Scheduling Order [DE 32], this case is scheduled for trial on December 7, 2020.

2. In early March 2020, the parties agreed upon the principal terms of a settlement agreement.

3. On March 17, 2020, the parties sought a 30-day stay of the case to finalize the written settlement agreement [DE 39]. The parties sought a second stay until April 30, 2020 [DE 41].

4. The Court granted a stay of the case until April 30, 2020, in order to allow the parties time to finalize their settlement [DE 42].

5. The parties have exchanged a draft agreement, as well as proposed revisions thereto, and are currently working to finalize the agreement. Although the parties are still on course to resolve this matter based on the principal terms they agreed upon last month, unfortunately, with counsel for the parties located in New York, California, and South Florida, all

of which have been significantly impacted by COVID-19, the process is proceeding more slowly than anticipated.

6. Accordingly, the parties seek additional time, until May 15, 2020, to finalize the settlement.

7. A proposed Order is being filed with this motion and shall be submitted separately per the Court's Practices and Procedures for Civil Cases.

Respectfully submitted,

| /s/ Elizabeth Honkonen | /s/ John Cyril Malloy, III |
|---|---|
| Elizabeth B. Honkonen | John Cyril Malloy, III |
| Florida Bar No. 0149403 | Florida Bar No. 964220 |
| ebh@knpa.com | jcmalloy@malloylaw.com |
| KENNY NACHWALTER, P.A. | Meredith Frank Mendez |
| Four Seasons Tower | Florida Bar No. 502235 |
| 1441 Brickell Avenue, Suite 1100 | mmendez@malloylaw.com |
| Miami, FL 33131 | Jessica Neer McDonald |
| Telephone: (305) 373-1000 | Florida Bar No. 125559 |
| Facsimile: (305) 372-1861 | jnmcdonald@malloylaw.com |
| | MALLOY & MALLOY, P.L. |
| -and- | 2800 S.W. Third Avenue |
| | Miami, FL 33129 |
| | Telephone: (305) 858-8000 |
| | Facsimile: (305) 858-0008 |
| | |
| | -and- |

| | |
|---|---|
| Guy Yonay (SDNY Bar No. GY-3028) (PHV) <br> GYonay@PearlCohen.com <br> Sarah Benowich (SDNY Bar No. SB-1991) (PHV) <br> SBenowich@PearlCohen.com <br> PEARL COHEN ZEDEK LATZER BARATZ LLP <br> 1500 Broadway, 12th Floor <br> New York, NY 10036 <br> Telephone:     (646) 878-0800 <br> Facsimile:      (646) 878-0801 <br><br> *Counsel for Plaintiff Nook Digital, LLC* | Kevin Viau, Esq. (PHV) <br> kviau@iplg.com <br> Otto O. Lee, Esq. (PHV) <br> olee@iplg.com <br> Leila Sockolov, Esq. (PHV) <br> lsockolov@iplg.com <br> Jenny Hong-Gonzalez (PHV) <br> jhonggonzalez@iplg.com <br> INTELLECTUAL PROPERTY LAW GROUP LLP <br> 1871 The Alameda, Suite 250 <br> San Jose, CA 95126 <br> Telephone:  (408) 286-8933 <br> Facsimile:   (408) 286-8932 <br><br> *Attorneys for Defendants Nuu Limited and Noetic, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that it is being served on all counsel of record via the Court's ECF notification system.

/s/ Elizabeth B. Honkonen
Elizabeth B. Honkonen