**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:19-cv-23234-KMW/EGT**

NOOK DIGITAL, LLC,

        Plaintiff,

vs.

NUU LIMITED and NOETIC, INC.,

        Defendants.

_____/

**MOTION TO WITHDRAW ATTORNEY LEILA SOCKOLOV'S APPEARANCE**

      Defendants, NUU LIMITED and NOETIC, INC., by and through undersigned counsel, hereby file its Motion to Withdraw Attorney Leila Sockolov's Appearance.  In support, Defendants state the following.

      Local Rule 11.1(d)(3)(A) requires that "no attorney shall withdraw the attorney's appearance in action or proceeding except by leave of Court after notice served on the attorney's client and opposing counsel.  A motion to withdraw shall include a current mailing address for the attorney's client or the client's new or remaining counsel."  Defendants request that attorney Leila Sockolov be removed from the instant case because she is no longer with the lead counsel's firm Intellectual Property Law Group LLP and no longer represents Defendants.  Notice has been served on Defendants and opposing counsel, and the current mailing address for the remaining counsel is included in the signature block below.

      WHEREFORE, Defendants move that the Court withdraw Leila Sockolov's appearance as co-counsel on behalf of Defendants.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

      Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and is authorized to represent that Plaintiff is <u>unopposed</u> to the relief sought herein.

Dated: May 15, 2020

Respectfully submitted,

/Jessica Neer McDonald/
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502,235
mmendez@malloylaw.com
Jessica Neer McDonald
Florida Bar No. 125,559
jnmcdonald@malloylaw.com
**MALLOY & MALLOY, P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008

*Local Counsel for Defendants
Nuu Limited and Noetic, Inc.*

and

Otto O. Lee
olee@iplg.com
Kevin Viau
kviau@iplg.com
Jenny Hong-Gonzalez
jhonggonzalez@iplg.com
**Intellectual Property Law Group LLP**
1871 The Alameda, Suite 250
San Jose, California 95126
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
\**Appearing* Pro Hac Vice

*Lead Counsel for Defendants
Nuu Limited and Noetic, Inc.*