**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NOOK DIGITAL, LLC,

        *Plaintiff*,

   v.

NUU LIMITED and NOETIC, INC.,

        *Defendants*.

Case No. 19-cv-23234-KMW/EGT

**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Plaintiff Nook Digital, Inc. and Defendants Nuu Limited and Noetic, Inc. hereby jointly

advise the Court that they have reached a settlement of the above-referenced matter and request

that the Court dismiss this case without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Elizabeth Honkonen
Elizabeth B. Honkonen
Florida Bar No. 0149403
ebh@knpa.com
KENNY NACHWALTER, P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone:    (305) 373-1000
Facsimile:    (305) 372-1861

      -and-

/s/ John Cyril Malloy, III
John Cyril Malloy, III
Florida Bar No. 964220
jcmalloy@malloylaw.com
Meredith Frank Mendez
Florida Bar No. 502235
mmendez@malloylaw.com
Jessica Neer McDonald
Florida Bar No. 125559
jnmcdonald@malloylaw.com
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, FL 33129
Telephone:  (305) 858-8000
Facsimile:  (305) 858-0008

      -and-

Guy Yonay (SDNY Bar No. GY-3028) (PHV)
GYonay@PearlCohen.com
Sarah Benowich (SDNY Bar No. SB-1991)
(PHV)
SBenowich@PearlCohen.com
PEARL COHEN ZEDEK LATZER
BARATZ LLP
1500 Broadway, 12th Floor
New York, NY 10036
Telephone:     (646) 878-0800
Facsimile:      (646) 878-0801

*Counsel for Plaintiff Nook Digital, LLC*

Kevin Viau, Esq. (PHV)
kviau@iplg.com
Otto O. Lee, Esq. (PHV)
olee@iplg.com
Leila Sockolov, Esq. (PHV)
lsockolov@iplg.com
Jenny Hong-Gonzalez (PHV)
jhonggonzalez@iplg.com
INTELLECTUAL PROPERTY LAW
GROUP LLP
1871 The Alameda, Suite 250
San Jose, CA 95126
Telephone:  (408) 286-8933
Facsimile:   (408) 286-8932

*Attorneys for Defendants Nuu Limited and
  Noetic, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2020, I electronically filed the foregoing with the

Clerk of Court using CM/ECF.  I also certify that it is being served on all counsel of record via the

Court's ECF notification system.

/s/ Elizabeth B. Honkonen
Elizabeth B. Honkonen